■ In the Matter of Yolanda McCombs, Appellant, v Alice Sachs et al., Constituting the Board of Elections of the City of New York, Respondents, and Dennis Coleman, Respondent. In the Matter of Dennis Coleman, Respondent, v Yolanda McCombs, Appellant, and Frank X. Gargiulo et al., Constituting the Board of Elections of the City of New York, Respondents.—Judgments, Supreme Court, Bronx County, entered on April 3, 1980 and April 4, 1980, respectively, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Ross, J. P., Markewich, Lupiano, Bloom and Carro, JJ.